Approved.
/s/ *Benita Y. Pearson* on 4/3/2023
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| TINA IBEL and SHERYL TOMOR, individually and on behalf of all others similarly situated, | Civil Action No.: 4:23-cv-00315 |
| Plaintiffs, | JUDGE BENITA Y. PEARSON |
| v. | |
| NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR EXPEDITED RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(d)** |
| Defendants. | |

Plaintiffs Tina Ibel and Sheryl Tomor, on behalf of themselves and all others similarly situated, hereby give notice that they withdraw without prejudice their Motion for Expedited Relief Pursuant to Federal Rule of Civil Procedure 23(d), Doc. 10.

Dated: April 3, 2023        Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
Justin C. Walker (0080001)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel: 513.651-3700
tcoates@msdlegal.com
jwalker@msdlegal.com

*Counsel for Plaintiffs and the Putative Class*